# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| CANADA GOOSE INC., | Civil Action No. 1:21-cv-03516 |
| Plaintiff, |  |
| v. |  |
| GOOSE COUNTRY, LLC, |  |
| Defendant. |  |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Canada Goose Inc. and Defendant Goose Country, LLC hereby stipulate to dismissal of the above-captioned action with prejudice, each party to bear its own costs and attorneys' fees.

Dated: November 15, 2021

By: /s/ Robert D. Leighton

Rachel Zimmerman Scobie (*pro hac vice*)
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
rscobie@merchantgould.com
(612) 336-4667

Robert D. Leighton

By: /s/ Matthew M. Amarin

Matthew M. Amarin
AMARIN LAW, INC.
1935 W. Belmont Avenue
Chicago, IL 60657
matthew.amarin.esq@gmail.com
(773) 503-8223

*Attorney for Defendant Goose Country, LLC*

GOLDBERG KOHN, LTD.
55 E. Monroe St., Suite 3300
Chicago, IL 60603
robert.leighton@goldbergkohn.com
(312) 201-4000

*Attorneys for Plaintiff Canada Goose Inc.*